UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| STEVE STAPLETON #111013 | CIVIL ACTION NO. 23-cv-684 SEC P |
| VERSUS | JUDGE EDWARDS |
| BAYOU DORCHEAT CORRECTIONAL CENTER ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 24), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Defendants' Motion for Summary Judgment (R. Doc. 21) is GRANTED and that all claims against all defendants are dismissed with prejudice.

THUS DONE AND SIGNED in Chambers, this the 14th day of August, 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE